UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LANDRELL JORDAN III,**<br><br>Defendant. | Case: 1:23-mj-00319<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 11/21/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Christopher Bukovec, a Special Agent with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I, Christopher Bukovec, am a Special Agent with the Federal Bureau of Investigation and have been so employed since December 2022. I am currently assigned to the FBI's Washington Field Office on the Violent Crimes Task Force. Before my employment with the FBI, I was a police officer with the City of Mesa Police Department in Mesa, Arizona, where I spent four years as a patrol officer and four years as a detective investigating various criminal violations. I have received training in general law enforcement and federal investigations. I have participated in the execution of multiple search warrants in which evidence and instrumentalities of criminal activity have been seized. As part of my duties, I have investigated robberies of banks and commercial establishments, kidnappings, and other crimes of violence.

2. I am an "[i]nvestigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law. As an FBI Special Agent, I am

authorized to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

4. I make this affidavit in support of an application for a criminal complaint and arrest warrant for **Landrell JORDAN III.** For reasons set forth below, I submit that there is probable cause to believe that **JORDAN** has violated 18 U.S.C. §§ 2119 (carjacking) and 924(c)(1)(A)(ii) (using, carrying and brandishing a firearm during and in relation to, and possessing a firearm in furtherance of, a crime of violence), and aided and abetted these offenses, 18 U.S.C. § 2.

5. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington, D.C. *See* 18 U.S.C. § 3237.

## PROBABLE CAUSE

6. The FBI has been investigating a series of armed carjackings that occurred in the District of Columbia and Maryland between January and June of this year.

7. On August 29, 2023, a federal grand jury empaneled by the United States District Court for the District of Columbia returned an 18-count indictment charging **Cedae HARDY** with one count of violating 18 U.S.C. § 371 (conspiracy to commit an offense against the United States); six counts of violating 18 U.S.C. § 2119 (carjacking); six counts of violating 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, possessing, and brandishing a firearm in furtherance of a crime

of violence); three counts of violating 18 U.S.C. § 2314 (interstate transportation of stolen property); and two counts of violating 18 U.S.C. § 2313 (sale or receipt of stolen vehicles).

8. The carjacking offenses for which **HARDY** has been indicted occurred on April 7, 2023; April 8, 2023; April 9, 2023; April 23, 2023; May 26, 2023; and June 14, 2023.

9. Your affiant has identified evidence establishing that **HARDY**, **JORDAN**, and other persons known and unknown to law enforcement, committed, aided and abetted, and conspired to commit additional carjackings, including May 7, 2023, armed carjackings described in the paragraphs that follow.

### The May 7, 2023, Armed Carjacking

10. On May 7, 2023, at approximately 5:52 p.m., the complainant parked her 2017 Toyota Rav4 near her home at 413 Butternut Street Northwest, in Washington, D.C. After she exited her vehicle and approached her residence, two suspects approached her. As depicted in Figure 1 below, one suspect—later determined to be **HARDY**—held a gun to the complainant's chest and demanded her keys and purse.



*Figure 1*

11. The complainant provided her keys and purse, and the suspects drove off in the complainant's vehicle.

12. The complainant's vehicle was eventually recovered on May 31, 2023, in the 1400 block of Oak Street Northwest, in Washington, D.C.

13. Additionally, as depicted in Figure 2, the surveillance shows that the armed suspect, who matches **HARDY**'s physical description, appears to be wearing shoes consistent with those that **HARDY** is believed to have been wearing in several of the charged offenses and are consistent with those recovered by the FBI.



*Figure 2*

4

14. Indeed, as depicted in Figure 3 below, surveillance recovered in connection with the April 8, 2023, and April 9, 2023, carjackings—for which **HARDY** has been indicted—depict **HARDY** wearing what appear to be the same shoes.



*Figure 3*

15. As depicted in Figure 4 below, a May 6, 2023, image that was later recovered from **HARDY**'s Instagram account appears to depict the same shoes on the day before the carjacking.



*Figure 4*

16. Finally, as depicted in Figure 5 below, shoes that appear identical were recovered

5

from **HARDY**'s person following his June 14, 2023, arrest.


*Figure 5*

17. On August 14, 2023, the United States District Court for the District of Columbia issued a search warrant, in case number 23-SC-1743, for records and information associated with **HARDY**'s Apple iCloud and Instagram accounts, as well as historical cell site location information for the Verizon telephone number associated with **HARDY**.

18. A review of the data on **HARDY**'s Instagram account shows that on May 7, 2023, the day of the carjacking, starting at 7:31 a.m., **HARDY** had an Instagram private message conversation with the Instagram account "drellgwap0," which is associated with **JORDAN**, discussing their plans to meet in person:

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 5/7/2023 | 7:31 a.m. | JORDAN | HARDY | Wya I'm at Waterfront by ana |
| 5/7/2023 | 7:35 a.m. | HARDY | JORDAN | Meet me at deanwood |
| 5/7/2023 | 7:35 a.m. | JORDAN | HARDY | Aight |
| 5/7/2023 | 7:39 a.m. | JORDAN | HARDY | Bet |
| 5/7/2023 | 7:41 a.m. | JORDAN | HARDY | I'ma call u when I'm at Dean wood |
| 5/7/2023 | 8:32 a.m. | HARDY | JORDAN | *Instagram Video Chat* |
| 5/7/2023 | 8:39 a.m. | JORDAN | HARDY | I'm on it cuzz |
| 5/7/2023 | 9:02 a.m. | JORDAN | HARDY | I'm walking down. |
| 5/7/2023 | 9:07 a.m. | JORDAN | HARDY | Wya? Cuzz |
| 5/7/2023 | 9:10 a.m. | HARDY | JORDAN | You there? |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 5/7/2023 | 9:10 a.m. | HARDY | JORDAN | *Instagram Video Chat* |

19. A review of **HARDY**'s iCloud account revealed an image of **JORDAN** holding an unknown amount of cash dated May 7, 2023, at approximately 6:46 p.m., less than an hour after the armed carjacking. As depicted in Figure 6 below, the image depicts **JORDAN** wearing clothing consistent with that worn by the second suspect—particularly a sweatshirt with a multi-colored hood and graphic on the front. Figure 7 is another photo depicting **JORDAN** from **HARDY**'s iCloud account in which **JORDAN** is looking into the camera. Figure 8 is a photograph sent by **HARDY** to **JORDAN** via Instagram on May 8, 2023, which appears to depict **JORDAN** in the same clothing and location. Figure 9 is surveillance depicting the second suspect from the May 7, 2023, carjacking.



*Figure 6*     *Figure 7*     *Figure 8*     *Figure 9*

20. The EXIF data[1] associated with the Figure 6 contains the GPS coordinates

---

[1] EXIF data is metadata (*i.e.*, information) about the device that took the photograph. EXIF data can capture the make/model of the device that took the picture, GPS coordinates associated with the location of the device when the picture was taken, the date/time the picture was taken by

38.857803, -76.985869, which, according to Google Maps, resolves to the approximate address of 2329 15th Place Southeast, in Washington, D.C.  Historical cell site location data shows that at approximately 6:22 p.m., 7:16 p.m., and 7:19 p.m.—around the time of the above photo of **JORDAN**—**HARDY**'s cell phone was also located in the vicinity of 2329 15th Place Southeast.  It appears that **HARDY** and **JORDAN** were together both before and after the carjacking.

21. Also on May 7, 2023 at 6:59 p.m., approximately one hour after the carjacking, **HARDY** posted a video on his Instagram account which depicts what appears to be **HARDY** and **JORDAN** together, including the caption: "SLIGHT SHIT MY DAY NOT OVER."  A still frame from the video appears as Figure 10 below.



*Figure 10*

22. **JORDAN**'s telephone number is saved in **HARDY**'s device as "Drell," a likely nickname and variant of **JORDAN**'s first name, Landrell.  A review of call records for the

the device, and more.

8

number indicate it was actively used by **JORDAN** from at least March 2023 through May 2023. The records show that, between March and May 2023, the number had regular contact with another number that **JORDAN** told the Pretrial Services Agency was used by his mother.

23. **HARDY**'s device contains text message communications between the number associated with **JORDAN** and **HARDY** between April 13, 2023, and May 13, 2023. Furthermore, a review of the call records associated with **HARDY**'s telephone number for the time period of December 2022 through June 2023, showed telephonic contact between **HARDY** and the **JORDAN** in March, April, and May 2023.  An open-source search of the number associated with **JORDAN** revealed it is associated with a CashApp account with the display name "Landrell Jordan" and username "$Drellgwap," which is consistent with **JORDAN**'s Instagram username, "drellgwap0," and further establishes that the number belongs to **JORDAN**.

24. On November 20, 2023, your affiant and FBI Special Agent Emily Cahill met with Metropolitan Police Department Detective Jose Mendoza at the FBI's Washington Field Office in Washington, D.C.   Your affiant and Special Agent Cahill showed Detective Mendoza the below photographs (included above as Figures 6 and 7), which are dated May 7, 2023 (the date of the armed carjacking) and were located on **HARDY**'s iCloud account.



Detective Mendoza recognized the individual immediately as a subject he had interviewed on the evening of November 17, 2023. Detective Mendoza initially identified the subject as an individual whose initials are **J.H.**, and he pulled out his cellular device. Detective Mendoza proceeded to show your affiant and Special Agent Cahill a photograph on his phone that appeared to depict **JORDAN** and stated, "This is him." Detective Mendoza then stated that **J.H.** was not the subject's name and then began looking through his cellular device for the correct name of the subject depicted in the photographs shown. Detective Mendoza then corrected himself and identified the subject in the photographs as **JORDAN**.

Detective Mendoza arrested and interviewed both **J.H.** and **JORDAN** on November 17, 2023. **J.H.** and **JORDAN** are alleged to have committed a series of armed robberies together on that date. Detective Mendoza explained that he initially said the name **J.H.** because **J.H.** is a juvenile and he had spent most of the day on the phone with the juvenile courts regarding the case. **J.H.** and **JORDAN** do not look physically similar, and Detective Mendoza explained that his initial confusion was due to the fact they were arrested together. Detective Mendoza expressed confidence that the individual in the photographs is **JORDAN**.

## CONCLUSION

Based upon the foregoing, I respectfully submit that there is probable cause that **Landrell JORDAN III** committed, and aided and abetted the commission of, carjacking, and using, carrying and brandishing a firearm during and in relation to, and possessing a firearm in furtherance of, a crime of violence, all in violation of 18 U.S.C. §§ 2119, 924(c)(1)(A)(ii) & 2.

      Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on November 21, 2023.

_____
Christopher Bukovec
Special Agent
Federal Bureau of Investigation

      Subscribed and sworn before me pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on November 21, 2023.

_____
Honorable Moxila A. Upadhyaya
United States Magistrate Judge